# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WILLIAM S. EDENS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 20-cv-03038 (APM)** |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 69, the court grants Defendant's Motion for Summary Judgment, ECF No. 59, and denies Plaintiff's Cross-Motion for Summary Judgment, ECF No. 63.

This is a final, appealable Order.

Dated: September 30, 2025

Amit P. Mehta
United States District Judge